## DeWitt vs. Cullings.

*Action for wages — Recoupment of damages.*

Where one hires himself out to do a particular kind of labor, representing himself as having skill therein, if he fails to use such skill, the employer may recoup the damages resulting to him from such failure, to the full amount claimed by the employee in an action to recover for his labor.

APPEAL from the Municipal Court of the *City of Ripon. Hamilton & Sutherland* and *E. L. Runals,* for appellant. *Dobbs & Pierce,* for respondent.

Lyon, J. This is an action to recover an alleged balance due from the defendant to the plaintiff for work and labor. The defense set up in the answer is, that the defendant employed the plaintiff to dry hops for him, that the latter held

himself out as an expert in that business, but that he dried the defendant's hops in a negligent and unskillful manner, whereby the defendant was damaged, etc. The testimony tended to prove such defense. The plaintiff recovered judgment in the court below for the full amount of his claim, and the defendant has appealed to this court.

The court refused to give the following instructions to the jury as requested by the defendant, and no instruction equivalent thereto was given : " If the plaintiff claimed to the defendant to have skill in the drying of hops, and hired himself out to the defendant to dry his hops, he was bound to use such skill as was necessary to properly do the work; and if he failed, and the defendant sustained damages, he may recoup the same in this action, though they might equal the plaintiff's claim." This instruction contains a correct statement of the law of the case, and should have been given.

The judgment must be reversed, and a *venire de novo* awarded. *By the Court.* — So ordered.